1  TRACY L. WILKISON
   United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney                    JS-6
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  JENNIFER LEE TARN, CSBN 240609
7  Special Assistant United States Attorney
        Social Security Administration
8       160 Spear Street, Suite 800
9       San Francisco, CA 94105
        Telephone: (510) 970-4861
10      Facsimile: (415) 744-0134
11      Email: Jennifer.Tarn@ssa.gov
12 Attorneys for Defendant

13
                  UNITED STATES DISTRICT COURT
14                CENTRAL DISTRICT OF CALIFORNIA
15                      SOUTHERN DIVISION

16
   DEANNA WASHINGTON,                )
17          Plaintiff,               )  Case No.: 8:20-cv-01925-JPR
18                                   )
         vs.                         )  **JUDGMENT**
19                                   )
20 KILOLO KIJAKAZI,                  )
21 Acting Commissioner of Social     )
   Security,[1]                      )
22                                   )
23          Defendant.               )
                                     )
24 _____

25 _____

26 [1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9,
   2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo
27 Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this
28 suit. No further action need be taken to continue this suit by reason of the last
   sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

                              -1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: 12/21/2021

HONORABLE JUDGE JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE

-2-