Troy D. Monge, Esq.
Law Offices of Martin Taller, APC
2300 E. Katella Ave, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Deanna Washington

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA WASHINGTON,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>  Defendant. | ) No. 8:20-cv-1925-JPR<br>)<br>) **ORDER AWARDING EQUAL**<br>) **ACCESS TO JUSTICE ACT**<br>) **ATTORNEY FEES AND COSTS**<br>)<br>)<br>)<br>)<br>)<br>) |

     Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

     IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of FOUR THOUSAND FORTY-THREE DOLLARS and FORTY-SIX CENTS ($4,043.46), and costs under 28 U.S.C. § 1920 in the amount of ZERO DOLLARS ($0.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

     Dated: January 11, 2022

*/s/ Jean Rosenbluth*
————————————————
THE HONORABLE JEAN P. ROSENBLUTH

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES MAGISTRATE JUDGE